

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2018

No. 04-18-00277-CV

Susan Rebecca **CAMMACK**,
Appellant

v.

**BANK OF AMERICA, N.A.**, Chase Bank, Bank of New York Mellon, Wells Fargo Bank,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 17695B
Honorable Susan Harris, Judge Presiding

## O R D E R

Appellant has filed a Sworn Statement of Inability to Afford Payment of Court Costs. We **order** the clerk of this court to send a copy of the Statement and this order to the court reporter, the trial court clerk, and the appellee. We order any response to appellant's statement due by **July 9, 2018.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court